UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICE TRAINING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL CONTROLS GROUP, Inc., <br><br> Defendant. | Civil Case No.: 1:15-CV-00711-LJO-JLT |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS on May 8, 2015, Plaintiffs Board of Trustees of the Kern County Electrical Pension Fund et al. filed a civil complaint against Defendant Industrial Controls Group, Inc. for failure to submit fringe benefit contributions and reports in a timely manner pursuant to the Employee Retirement Income Security Act and other federal statutes.

WHEREAS on May 18, and August 5, 2015, Defendant did pay to Plaintiffs Agent, Construction Benefits Administration, Inc., all sums alleged to be due and payable in the aforementioned Complaint.

//

//

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees and expenses. The parties request that the Clerk of Court now close this case.

DATED:  August 13, 2015

Respectfully submitted,

/s/ Robert J. Noriega
Attorney for Defendant
ROBERT J. NORIEGA
SBN: 126099
NORIEGA & ASSOCIATES
1801 – 18th Street
Bakersfield, CA  93301
(661) 327-5363; rob@noriega-law.com

/s/ Tiffany Lena
Attorney for Plaintiffs
TIFFANY LENA
SBN: 185603
THE LAW OFFICE OF TIFFANY LENA
1670 Sagewood Way
San Marcos, CA  92078
(760) 612-9976; tiffany.lena@att.net

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE